IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KASHEEM BASS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  24-3419 |
| | : | |
| **DELAWARE COUNTY** | : | |
| **DOMESTIC RELATIONS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 29th day of October 2024, upon consideration of Plaintiff Kasheem Bass's motion to proceed *in forma pauperis* (DI 1), and *pro se* Complaint (DI 2), it is

**ORDERED**:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, Mr. Bass's Complaint is **DISMISSED** as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
**MURPHY, J.**